United States District Court
District of Massachusetts

|  |  |
|---|---|
| Ahmed Mohamed Garane,<br><br>    Petitioner,<br><br>    v.<br><br>Patricia Hyde et al.,<br><br>    Respondents. | Civil Action No.<br>26-cv-10006-NMG |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Ahmed Mohamed Garane ("petitioner" or "Garane"). He contends that Patricia Hyde and other named respondents ("respondents") have detained him without cause and in violation of his constitutional rights to due process of law.

For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that Garane is to be released unless he is afforded a bond hearing that complies with

the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: January 16, 2026